## STATE v. PHARR

No. 269P93

Case below: 110 N.C.App. 430

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 July 1993.

## STATE v. SPAULDING

No. 260P93

Case below: 110 N.C.App. 492

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 July 1993.

## STATE v. TALLEY

No. 214P93

Case below: 110 N.C.App. 180

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 July 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 July 1993.

## STATE v. WILLIAMS

No. 245P93

Case below: 110 N.C.App. 306

Upon consideration of the petition by defendant for discretionary review pursuant to G.S. 7A-31, the following order was entered 29 July 1993: Remanded to Court of Appeals for reconsideration in light of *Sullivan v. Louisiana,* 508 U.S. ---, 124 L. Ed. 2d 182 (1993).

## STATE v. WILLS

No. 247P93

Case below: 110 N.C.App. 206

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 July 1993.